UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DONALD CORNELIUS JACKSON,

      Petitioner,

v.

                                          Case No. 2:25cv372

CHADWICK DOTSON,

      Respondent.

## FINAL ORDER

The matter is before the Court on Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, filed by Donald Cornelius Jackson's ("Petitioner"). ECF No. 1. The *pro se* Petitioner, who was incarcerated at the time of the filing of the Petition, alleged violations of his constitutional rights relating to his convictions in Henrico County Circuit Court. *Id.* at 1. As a result of the convictions, Petitioner was sentenced to serve an active sentence of thirty-eight years in prison. *Id.*

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), Eastern District of Virginia Local Civil Rule 72. In a Report and Recommendation ("R&R") entered on March 24, 2026, the Magistrate Judge recommended that the Petition be dismissed with prejudice, the Respondent's Motion to Dismiss be granted, and that Petitioner's Motion for Emergency Injunctive Relief be denied. ECF No. 19. Petitioner timely filed objections to the R&R, ECF No. 22. Respondent has not responded to Petitioner's objections, and the time to do so has expired.

1

Having reviewed the record and examined the objections filed by Petitioner to the R&R, and having made *de novo* findings with respect to the portions objected to, it is **ORDERED** that the R&R, ECF No. 19, is **ADOPTED** as the opinion of the Court. Respondent's Motion to Dismiss, ECF No. 10, is **GRANTED**, Petitioner's Motion for Emergency Injunctive Relief, ECF No. 14, is **DENIED**, and the Petition, ECF No. 1, is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that judgment be entered in favor of the Respondent.

Finding that the basis for dismissal of Petitioner's Section 2254 Petition is not debatable, and alternatively finding that Petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**. 8 U.S.C. § 2253(c); *see* Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a); *Miller-El v. Cockrell*, 537 U.S. 322, 335–38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483–85 (2000).

Petitioner is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. Rule App. Proc. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). If Petitioner intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Order. Petitioner may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.

The Clerk shall forward a copy of this Order to Petitioner and to counsel of record for the Respondent.

**IT IS SO ORDERED**.

/s/

Arenda L. Wright Allen

Senior United States District Judge

Norfolk, Virginia

August 12, 2026